IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ASIA R. McCLAIN, )
 )
      Plaintiff, )
 )
v. ) 1:04CV1208
 )
JAMES M. PLEASANTS COMPANY, INC., )
 )
      Defendant. )

## ORDER AND JUDGMENT

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, Defendant's Motion to Dismiss [Document #19] is GRANTED, and this case is DISMISSED WITH PREJUDICE. However, to the extent that Defendant also requests additional monetary sanctions, that Motion for Sanctions [Document #19] is DENIED. Finally, Defendant's Motion for Summary Judgment [Document #17] is deemed MOOT.

This, the 22nd day of February, 2006.

                                                               United States District Judge